# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: JORDEN MARIE SALDANA,<br>Debtor/Appellant. | Case No. 5:22-cv-06223-BLF<br><br>**ORDER REMANDING CASE TO BANKRUPTCY COURT** |

This matter is hereby REMANDED to the United States Bankruptcy Court for the Northern District of California for further proceedings consistent with the Ninth Circuit's Opinion issued on November 22, 2024 (Dkt. No. 17).

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
BETH LABSON FREEMAN
United States District Judge